IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 22-cr-00107-RMR-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.   DANIELLE A. MILLS,

      Defendant.

---

## GOVERNMENT'S SENTENCING STATEMENT FOR DEFENDANT DANIELLE MILLS

---

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Tim R. Neff, Assistant United States Attorney, hereby files this Sentencing Statement as it relates to defendant Danielle A. Mills.

As a threshold matter, the Government has no objections to the presentence report ("PSR") [# 91].

Here, the Government concurs with the PSR's recommendation [#91-1, R-1], and requests that the Defendant be **sentenced to one day of imprisonment (time served) to be followed by 3 years of supervised release.** The Government is not seeking any additional imprisonment in this case.   The Government also recommends that the Defendant be ordered to pay $893,365 to the IRS.   The Government further requests that as to a portion of such restitution amount -- $145,996 – that such amount be ordered to be paid joint and several with her co-defendant Jay Mills.

The PSR accurately and thoroughly provides a comprehensive statement of facts and background information regarding the offense conduct and the history and characteristics of the Defendant. The Government has no additional information to provide.

It appears that the Defendant has a myriad of challenging and unique personal circumstances related to her physical health, emotional condition and financial status which warrants a sizeable variance in this case. As pointed out in the PSR, the Defendant will be required to pay a substantial amount of restitution to the IRS as a result of her offense totaling $895,365. Moreover, she is now a convicted felon complicating her path forward. Although the Defendant's ex-husband and co-defendant (Jay Mills) was not convicted of the more serious offense for which the Defendant pled guilty (failure to pay over employment taxes), he did receive a probationary sentence for his role in some of the offense conduct related to failure to pay personal taxes. The need to avoid an unwarranted disparity weighs in favor of imposing a sentence without incarceration as it relates to this Defendant.

//

//

//

2

Given the above factors and reasons set forth within the PSR, the Government requests that the Court impose the sentence as recommended by the U.S. Probation Office.

Respectfully submitted this 28th day of September, 2023.

COLE FINEGAN
United States Attorney


By: *Tim Neff*
TIM NEFF
Assistant U.S. Attorney
United States Attorney's Office
1801 California, Suite 1600
Denver, Colorado 80202
(303) 454-0367
(303) 454-0402 (fax)
Tim.Neff@usdoj.gov
Attorney for Government